UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Judge Sinatra |
| Plaintiff, | ) | |
| | ) | Mag. Judge Schroeder, Jr. |
| v. | ) | |
| | ) | |
| MARIKA MARAGHKIS KATHOLOS, | ) | CIVIL ACTION NO.: 17-cv-00531 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STATUS REPORT AFTER MEDIATION**

In accordance with the Court's order, Doc. 120 (paperless), the parties file this joint status report.

Mediation was held on March 22, 2022 in accordance with the parties' *Stipulation to Mediator and Mediation Procedures*, Doc. 122, and the parties did not reach a settlement.

Pending before the Court are *Defendant's Out-of-Time Motion to Strike, Or In The Alternative, To Designate A Tax Law Expert*, Doc. 81; *Plaintiff United States' Motion for Summary Judgment Or, In The Alternative, Partial Summary Judgment*, Doc. 83; and *Defendant Marika Katholos's Out-of-Time Motion To Amend Answer To United States' Complaint*, Doc. 96.

There is currently no date set for trial. The parties request a status conference to discuss the schedule for the remainder of the case.

    On behalf of the plaintiff United States,

    DAVID A. HUBBERT
    Deputy Assistant Attorney General
    U.S. Department of Justice, Tax Division

/s/ Angela R. Foster
ANGELA R. FOSTER
/s/Philip L. Bednar
PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-616-9183 (v) (Foster)
202-307-6415 (v) (Bednar)
202-514-5238 (f)
Angela.R.Foster@usdoj.gov
Philip.L.Bednar@usdoj.gov


On behalf of the defendant,

/s/Guinevere Moore
Guinevere Moore
One of Defendant's Attorneys
Moore Tax Law Group LLC
2205 W Armitage Ave, Suite 1
Chicago, IL 60647
Telephone: 312-549-9993
Fax: 312-549-9991
Guinevere.moore@mooretaxlawgroup.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

                                            /s/ Angela R. Foster  
                                            ANGELA R. FOSTER  
                                            *Trial Attorney*